EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

**ACCOUNT INFORMATION**

| | |
|---|---|
| STATEMENT DATE | 11/13/20 |
| ACCOUNT # | ███2808 |
| CURRENT CREDITOR | US ASSET MANAGEMENT INC |
| ORIGINAL CREDITOR | VERIZON |

TOTAL AMOUNT DUE ➤ **$436.12**

## NOTICE OF COLLECTION PLACEMENT

Your account with US ASSET MANAGEMENT INC has been placed with us for collections. This letter serves as a request for payment of your debt. For your convenience, you may remit payment online, through the mail or by phone.

**PAYMENT OPTIONS**

 Pay online at www.eos-cca.com. Log in with the following account number: 13-13342808

 Pay by phone at 1-844-358-7980.

✉ Pay by mail. Include the remittance slip below and send to the address shown on the slip.

New York City Dept of Consumer Affairs License #0960830.  You may contact our office at the toll free number below during the hours noted and speak to David Weydt or any available representative.

**\*\*Please see reverse for important notices and account details.\*\***

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Office Hours: Mon-Thur 8:00 AM - 11:00 PM ET, Fri 8:00 AM - 11:00 PM ET, Sat 8:00 AM - 12:00 PM ET

--------- Detach remittance slip and enclose with payment ---------

PO BOX 981002
BOSTON, MA 02298-1002

**CURRENT CREDITOR**
US ASSET MANAGEMENT INC

**ACCOUNT #**
███2808

TOTAL AMOUNT DUE ➤ $436.12

IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW

☐ VISA    ☐ MasterCard

CARD NUMBER | AMOUNT
SIGNATURE | Exp. Date





ROGER MARSHALL
16756 118TH AVE FL 1
JAMAICA NY 11434-2210

EOS CCA
PO BOX 981008
BOSTON, MA 02298-1008

1 of 1

140707-1    1814

Nov 23 2020 10:16AM RAC BIMMERS INC 718-749-5942    page 1